NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERRYL D. WARREN,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2011-3223

---

Petition for review of the Merit Systems Protection Board in case no. DE0839100139-I-1.

---

## ON MOTION

---

## ORDER

Sherryl D. Warren moves without opposition for an extension of time and to substitute her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted to the extent that Warren's brief submitted on April 27, 2012 is deemed her opening brief.

FOR THE COURT

MAY 22 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark S. Bove, Esq.
     Nicholas Jabbour, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 22 2012

JAN HORBALY
CLERK